IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )    CRIMINAL ACTION NO.
    v.                        )       2:21cr190-MHT
                              )            (WO)
BRYANT DEWAYNE CHEATHAM       )
```

## ORDER

Upon consideration of the probation officer's petition for early termination of probation (Doc. 1296) and the included memorandum (Doc. 1296-1) describing defendant Bryant Dewayne Cheatham's successful compliance with all terms of probation for over one year and his stable full-time employment, and based upon the government's oral representation that it does not oppose the petition, it is ORDERED that:

(1) The petition is granted.

(2) Defendant Bryant Dewayne Cheatham's term of probation is terminated effective immediately, and he is discharged.

DONE, this the 25th day of April, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE